# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 18-09362-AB (GJSx) | Date: | February 1, 2019 |

| | |
|---|---|
| Title: | Donald R. Dechow Jr. et al v. Gilead Sciences, Inc. |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michelle Marie Rutherford | Andrew Brian Talai |
| | Joshua E Anderson |

**Proceedings:** PLAINTIFFS' MOTION TO REMAND [15]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.