# UNITED STATES DISTRICT COURT

## Central District of California

# APPLICATION TO THE CLERK TO TAX COSTS

**DENIED**
(SEE BELOW)

Donald R. Dechow, Jr., et al.,

v.

Gilead Sciences, Inc.

Pursuant to L.R. 54-1 when a case is dismissed or otherwise terminated voluntarily, the court may, upon request, determine the prevailing party.  In this action the case was voluntarily dismissed on April 5, 2019. Defendant did not request a determination of the prevailing party as required by L.R. 54-1.  Accordingly, the application to tax costs is denied.

Case Number:  2:18-cv-09362-AB-GJS

Judgment was entered in this action on ___04/05/2019___ / __32__ against  Plaintiffs Dechow, Evans, Klein, and Scott .
                                         Date          Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Clerk's Fees (L.R. 54-3.1):………………………………………………………… | $400.00 |
| Fees for Service of Process (L.R. 54-3.2): ……………………………………… | |
| United States Marshal's Fees (L.R. 54-3.3):……………………………………… | |
| Transcripts of Court Proceedings (L.R. 54-3.4):………………………………… | |
| Depositions (L.R. 54-3.5): ……………………………………………………… | |
| Witness Fees - itemize on page 2 (L.R. 54-3.6):………………………………… | |
| Interpreter's Fees (L.R. 54-3.7):………………………………………………… | |
| Docket Fees (L.R. 54-3.8): ……………………………………………………… | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9):…… | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): …………… | $30.72 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): ………………………………… | |
| Other Costs - attach court order (L.R. 54-3.12):………………………………………… | |
| State Court Costs (L.R. 54-3.13):………………………………………………………… | $90.50 |
| Costs on Appeal (L.R. 54-4): ……………………………………………………… | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): ……………………… | |
| **TOTAL** | $521.22 |

**NOTE**: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other _____

/s/Joshua Anderson                                    Joshua E. Anderson
Signature                                             Print Name

Attorney for: Defendant Gilead Sciences, Inc.

Costs are taxed in the amount of       **DENIED**

**Kiry Gray**                    By: _____          **June 14, 2019**
Clerk of Court                        Deputy Clerk                      Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |

WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)

| NAME, CITY AND STATE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL | | | | | | | |